425 A.2d 747

**In re Jeannine BAFUNNO.**

**Appeal of Rodney DEFRAIN.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1981.

Decided Feb. 27, 1981.

Donald Driscoll, Susquehanna Legal Services, Richard Sandow, Bloomsburg, for appellant.

Franklin E. Kepner, Jr., Berwick, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Decree of the Court of Common Pleas of Columbia County is affirmed.